IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| PHILIP KLEIN,<br><br>           **Plaintiff,**<br>vs.<br><br>STATE OF UTAH et al.,<br><br>           **Defendants.** | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>**Case No.  2:07CV248 DAK** |

This matter is before the court on the Report and Recommendation ("R&R") issued by the

Magistrate Judge on May 18, 2009.   In that R&R, the Magistrate Judge recommended that this

case be dismissed without prejudice because Plaintiff had failed to provide any proof of service to

show that the Summons and Complaint had been served on the Defendants in this case.   On April

30, 2009, the court had issued an Order to Show Cause, directing Plaintiff to inform the court why

service had not been made and warning Plaintiff that failure to respond would result in dismissal

of his action.  Plaintiff, however, failed to respond to the Order to Show Cause.

        Plaintiff has also failed to object to the R&R, and his time for doing so has expired.

Having reviewed the file in its entirety, the court hereby APPROVES and ADOPTS the

Magistrate Judge's Report and Recommendation.  Defendant's Complaint is DISMISSED without

prejudice.  Defendant's pending Motion for Order to Release Zions Bank Statements to Philip

Klein as Beneficiary [docket # 7] is MOOT, and Defendant's pending Emergency Motion to

Stay/Stop Adult Protective Services from Closing Plaintiff's Case [docket # 8] is MOOT.   The

Clerk of the Court is directed to close this case.

   DATED this 7th day of July, 2009.

                              BY THE COURT:


                              _____
                              DALE A. KIMBALL
                              United States District Judge